JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM KIM, | Case No. 2:21-cv-05927-MCS-PVC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HUOD SUN TAING; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to the Court's Order Denying Motion for Default Judgment, IT IS ADJUDGED that the Complaint is dismissed. The action is dismissed without prejudice for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: November 15, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1